UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES FOR THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, et al.,<br><br>　　　　　　　　　　Petitioners,<br><br>　　　　-against-<br><br>USA ROOFING CO. CORP.,<br><br>　　　　　　　　　　Respondent. | 22-cv-09953 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-arun-subramanian. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

　　Additionally, **by Wednesday, August 23, 2023, at 5:00 p.m.**, Petitioners are hereby ORDERED to file on ECF a letter updating the Court on the status of the case. The letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the Respondent, and (3) whether the pending petition to confirm arbitration award is ripe for disposition. The letter shall not exceed two (2) pages.

　　SO ORDERED.

Dated: August 9, 2023
New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge