UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES FOR THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, et al.,<br><br>                            Petitioners,<br><br>             -against-<br><br>USA ROOFING CO. CORP.,<br>                            Respondent. | 22-cv-9953 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's August 9, 2023 Order, ECF No. 10, Petitioners were required to file a status letter, the contents of which are described in the Court's order, no later than August 23, 2023. To date, Petitioners have not filed that letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **Friday, September 1, 2023.**

      SO ORDERED.

Dated: August 29, 2023
       New York, New York

                                                             ARUN SUBRAMANIAN
                                                             United States District Judge