UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES FOR THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, et al., <br><br> Petitioners, <br><br> -against- <br><br> USA ROOFING CO. CORP., <br><br> Respondent. | 22-cv-09953 (AS) <br><br> **ORDER** |

ARUN SUBRAMANIAN, United States District Judge:

On November 28, 2022, Petitioners filed a complaint seeking confirmation of an arbitration award. *See* ECF No. 6. On August 30, 2023, Petitioner confirmed that no settlement has been reached in this matter. *See* ECF No. 13. Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition for confirmation by **September 15, 2023**. Respondent's opposition, if any, is due on **October 6, 2023**. Petitioners' reply, if any, is due on **October 20, 2023**.

IT IS FURTHER ORDERED that Petitioner shall serve a copy of this Order on Respondent and file an affidavit of service of this Order;

SO ORDERED.

Dated: August 31, 2023
New York, New York

ARUN SUBRAMANIAN
United States District Judge