UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND, et
al.,

                        Petitioners,

            -against-

USA ROOFING CO. CORP.,

                        Respondent.

22-cv-09953 (AS)

**ORDER**

ARUN SUBRAMANIAN, United States District Judge:

On September 14, 2023, Petitioner filed a Rule 56.1 statement of undisputed facts in connection with its petition to confirm. *See* ECF No. 16. The document contains a formatting error that makes portions of the text illegible.  Accordingly, Petitioner is hereby ORDERED to refile a corrected version of the document no later than **October 24, 2023.**

Dated: October 20, 2023
      New York, New York

SO ORDERED.

_____
ARUN SUBRAMANIAN
United States District Judge