UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES FOR THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, et al., <br><br> Petitioners, <br><br> -against- <br><br> USA ROOFING CO. CORP., <br><br> Respondent. | 22-cv-9953 (AS) <br><br> **ORDER** |

ARUN SUBRAMANIAN, United States District Judge:

    Pursuant to the Court's October 20, 2023 Order, ECF No. 19, Petitioners were required to file a corrected version of their Rule 56.1 statement of undisputed facts no later than October 24, 2023. To date, Petitioners have not filed the document. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 3, 2023**.

    In addition, pursuant to the Court's August 31, 2023 Order, ECF No. 14, Petitioners were required to serve a copy of the briefing schedule on Respondent and file an affidavit of service. To date, Petitioners have not filed the affidavit of service. If Petitioners served a copy of the briefing schedule on Respondent, they should file the affidavit of service no later than **November 3, 2023**. If Petitioners did not serve a copy of the briefing schedule, they should write to the Court indicating that they failed to do so.

Dated: October 25, 2023
       New York, New York

SO ORDERED.

_____
ARUN SUBRAMANIAN
United States District Judge