UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
TRUSTEES FOR THE MASON TENDERS  :
DISTRICT COUNCIL WELFARE FUND,  :
PENSION FUND, ANNUITY FUND, and  :
TRAINING PROGRAM FUND  :
:
:
and  :  Civil Action
:  No. 22 CV 09953(AS)
MICHAEL PROHASKA, as Business Manager  :
of the MASON TENDERS DISTRICT COUNCIL  :  ECF CASE
OF GREATER NEW YORK,  :
Petitioners,  :
:  **JUDGMENT**
-against-  :
:
USA ROOFING CO. CORP.,  :
Respondent.  :
------------------------------------------------------------x

The Trustees for the Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund and Training Program Fund and Micheal Prohaska, as the Business Manager of the Mason Tenders District Council of Greater New York (hereinafter "Petitioners") having commenced this action on November 22, 2022 by the filing of a petition, and USA ROOFING CO. CORP.(hereinafter "Respondent") having been duly served on December 9, 2022 with a copy of the petition by service upon Respondent's agent for service of process at the Office of the Secretary of State of the State of New York, and Respondent having failed to appear, answer or otherwise move with respect to the petition seeking to confirm and enforce the November 28, 2021 opinion and award of arbitrator Joseph Harris ordering Respondent to pay Petitioner union trust funds $141,315.08 in delinquent benefit contributions and other monies; and in light of the fact that the Court is being asked to confirm and enforce an arbitration award; it is now

**ORDERED, ADJUDGED AND DECREED**, that as there exists no genuine dispute as to any material fact to Petitioners seeking to confirm and enforce the arbitration award of Joseph Harris dated November 28, 2021, it is hereby confirmed in all respects; and it is further

**ORDERED, ADJUDGED AND DECREED**, that Petitioners Trustees for the Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund and Training Program Fund and Michael Prohaska, as the Business Manager of the Mason Tenders District Council of Greater New York have judgment against Respondent in the principal amount of $141,315.08; and it is further

**ORDERED, ADJUDGED AND DECREED**, that interest accrue at the legal rate on the damages herein from the date of entry of judgment until the judgment is paid.

The Clerk of Court is directed to enter judgment and close the case.

Dated: November 9, 2023
New York, NY

_____
U.S.D.J.